Opinion approved by the court.

## Ex parte BAKER.

### No. 24622.

Court of Criminal Appeals of Texas.

Oct. 19, 1949.

Rehearing Denied Nov. 23, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This is an extradition case.

No bills of exception appear. The executive warrant and proceedings appear regular.

No reversible error appears.

The order of the trial court remanding appellant to the custody of the arresting officer to be delivered in accordance with extradition warrant is affirmed.

Opinion approved by the court.